NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOAN ARLEN, as Trustee of the Joan )
Arlen Revocable Trust dated 12/9/10, )
                                     )
        Appellant, )
                                      )
v.                                    )     Case No. 2D17-5112
                                      )
WALTER T. PATRICK, III, and JOANNE S. )
PATRICK, )
                                      )
        Appellees. )
_____ )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Collier
County; James R. Shenko, Judge.

Jeffrey D. Fridkin of Grant Fridkin Pearson,
P.A., Naples, for Appellant.

Lissette Gonzalez and Scott A. Cole of
Cole, Scott & Kissane, P.A., Miami, for
Appellees.


PER CURIAM.


        Affirmed.


CASANUEVA, KELLY, and ATKINSON, JJ., Concur.